Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO.** |
| | § | |
| **DARYN EDWARDS** | § | **4:25-cr-614** |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1.    The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2.    The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(8)(A), as:

"any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -

(A)    the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct."

3.    The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2)(A), as any:

"actual or simulated -
(i)    sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or opposite sex; [or]
(ii)    bestiality; [or]
(iii)    masturbation; [or]
(iv)    sadistic or masochistic abuse; or
(v)    [the] lascivious exhibition of the anus, genitals or pubic area of any person."

4.    The term "computer" is defined, pursuant to Title 18,  United States Code, Sections 2256(6)

and 1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5.     The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18,

United States Code, Section 2256(3) and case law, as:

> "producing, directing, manufacturing, issuing, publishing or advertising" and includes downloading or copying visual depictions from another source.

6.     The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section

2256(5), as including, but is not limited to, any:

> "undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## COUNT ONE
### (Sexual Exploitation of Children)

From on or about January 2025, to on or about February 2025, within the Southern District

of Texas,

**DARYN EDWARDS**,

defendant herein, did employ, use, persuade, induce, entice and coerce and attempt to employ, use,

persuade, induce, entice and coerce a minor child, to wit: Minor Victim #1, to engage in any

sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such

visual depiction was transmitted using any means and facility of interstate and foreign commerce,

and the visual depiction was produced using materials that had been mailed, shipped and transported

in and affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 2251(a) & (e).**

2

## COUNT TWO
### (Sexual Exploitation of Children)

On or about January 2025 through on or about February 2025, within the Southern District of Texas,

**DARYN EDWARDS**,

defendant herein, did employ, use, persuade, induce, entice and coerce and attempt to employ, use, persuade, induce, entice and coerce a minor child, to wit: Minor Victim #2, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 2251(a) & (e).**

## COUNT THREE
### (Coercion and Enticement)

From on or about April 2023, through on or about February 2025, within the Southern District of Texas and elsewhere,

**DARYN EDWARDS**,

defendant herein, by use of a means of a facility of interstate and foreign commerce, did knowingly and intentionally persuade, induce, entice, and coerce and attempt to persuade, induce, entice and coerce a person, to wit: Minor Victim #1, whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the United States, that is, the crime of sexual exploitation of a child, in violation of Title 18, United States Code, Section 2251.

**In violation of Title 18, United States Code, Section 2422(b).**

3

## COUNT FOUR
### (Coercion and Enticement)

From on or about January 2025 through on or about February 2025, within the Southern

District of Texas and elsewhere,

## DARYN EDWARDS,

defendant herein, by use of a means of a facility of interstate and foreign commerce, did knowingly

and intentionally persuade, induce, entice, and coerce and attempt to persuade, induce, entice and

coerce a person, to wit: Minor Victim #2, whom defendant believed had not attained the age of 18

years, to engage in sexual activity for which a person can be charged with a criminal offense under

the laws of the United States, that is, the crime of sexual exploitation of a child, in violation of Title

18, United States Code, Section 2251.

**In violation of Title 18, United States Code, Section 2422(b).**

## COUNT FIVE
### (Possession of Child Pornography)

On or about February 22, 2025, within the Southern District of Texas,

## DARYN EDWARDS,

defendant herein, knowingly possessed material that contained child pornography using any means

and facility of interstate and foreign commerce, including by computer.

**In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and Section**

**2252A(b)(1).**

## NOTICE OF FORFEITURE
### 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States

4

gives the defendant notice that in the event of conviction for the offenses charged in Count One through Count Five of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count One through Count Five; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One through Count Five, or any property traceable to such property, including, but not limited to, the following:

an Apple iPhone 15, serial no. GLFM4MMP36;

a white Micro SD 128 GB flash drive;

a red/tan Micro SD 128 GB flash drive;

an HP laptop, model 15-FD0023DX, serial no. 5CD4423KV;

a covert camera with orange/white Micro SD 128 GB card;

a covert camera with green/gray Micro SD 128 GB card;

a black Micro SD 68 GB flash drive;

a orange/white Micro SD 64 GB flash drive; and

an Apple iPad Pro 3, serial no. DLXYP7KWK7M9.

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By: _____
Lauren M. Valenti
Assistant United States Attorney
713-597-0997

5