Sealed
Public and unofficial staff access to this instrument are prohibited by court order

USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas

HOUSTON DIVISION

FILED
*November 18, 2025*
Nathan Ochsner, Clerk of Court
Filed:

No. **4:25-cr-614**

USAO#:   2025R14152

CRIMINAL INDICTMENT

Judge: **Hoyt**

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA          (713) 567-9000
LAUREN M. VALENTI, AUSA         (713) 567-9000

DARYN EDWARDS (Cts.1, 2, 3, 4, 5)

Appt'd ☐    Private ☐

Ct. 1: Sexual Exploitation of Children [18 U.S.C. § 2251(a) & (e)]
Ct. 2: Sexual Exploitation of Children [18 U.S.C. § 2251(a) & (e)]
Ct. 3: Coercion and Enticement [18 U.S.C. § 2422(b)]
Ct. 4: Coercion and Enticement [18 U.S.C. § 2422(b)]
Ct. 5: Possession of Child Pornography [18 U.S.C. § 2252A(a)(2)(B) and 2252A(b)(1)]

Charges Total Counts (5)

**PENALTY:**
Cts. 1 & 2: Not less than 15 and not more than 30 years in prison, up to a $250,000 fine, supervised release for any term of years not less than 5 years up to life, $100 SA, $5,000 JVTA, $50,000 AVAA, and mandatory restitution.
Cts. 3 & 4: Not less than 10 years up to life in prison, up to $250,000 fine, supervised release not less than 5 years up to life, a $100 special assessment, and a $5000 special assessment JVTA.
Ct. 5: Not more than 10 years imprisonment, or if prepubescent minor/under 12- not more than 20 years imprisonment; $250,000 fine; supervised release not less than 5 years up to life, $100 special assessment, $17,000 AVAA and mandatory restitution of no less than $3,000 per victim.

☐ In Jail

☐ On Bond

☑ No Arrest   DARYN EDWARDS

NAME & ADDRESS
of Surety

PROCEEDINGS: