Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
November 18, 2025
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
|  | §   **CRIMINAL NO.** |
| v. | § |
|  | §   **4:25-cr-614** |
| **DARYN EDWARDS** | |
| Defendant. | |

## MOTION TO SEAL INDICTMENT

The United States of America moves to seal the Indictment, this Motion, and the accompanying Order in the above-captioned until the defendant has been arrested, <u>at which time the Indictment, Motion, and Order will automatically be unsealed as to the defendant without further order of the Court</u>.

The United States also respectfully requests the Court to enter an order directing the United States Marshals Service for the Southern District of Texas to enter the Warrant for Arrest of the above defendant into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

The United States further requests that certified copies of the Indictment and Warrant be provided to the United States Attorney's Office, including to AUSA Lauren M. Valenti, and the investigating law enforcement agencies, including the Federal Bureau of Investigation specifically and Special Agent Muhammad Sarosh, upon their request and without further order of the Court.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*Lauren M. Valenti*

Lauren M. Valenti
Assistant United States Attorney