**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| v. | § § § § | **4:25-cr-614** |
| DARYN EDWARDS<br>    Defendant. | | |

## SEALED ORDER

Pending before the Court is the United States's Motion to Seal the Indictment. The Court hereby GRANTS the Motion to Seal the Indictment.

IT IS ORDERED that the Indictment, the Government's Motion To Seal Indictment, and the Sealed Order all be sealed together.

IT IS FURTHER ORDERED that the Indictment, Motion, and Order will automatically be unsealed upon the arrest of the defendant without further Order of this Court.

IT IS FURTHER ORDERED that the United States Marshals Service for the Southern District of Texas shall enter the Warrant for Arrest of the above defendant into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

IT IS FURTHER ORDERED that the United States District Clerk provide certified copies of the Indictment and Warrant to the United States Attorney's Office, including to AUSA Lauren Valenti, and the investigating law enforcement agencies, including the Federal Bureau of Investigation specifically and Special Agent Muhammad Sarosh, upon their request and without further order of the Court.

Signed on this 18th day of November 2025.

_____Dena Palermo_____
UNITED STATES MAGISTRATE JUDGE