Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> vs. <br><br> DARYN EDWARDS <br><br> Defendant. | § § § § § § § § § § § § § § § § § <br> Criminal No. SEALED <br><br> 4:25-cr-614 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
**DARYN EDWARDS**
UNKNOWN, Houston, Texas 77002

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, TX on November 18, 2025.

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE