United States District Court
Southern District of Texas
**ENTERED**
November 22, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:25–cr–00614 |
| § | |
| Daryn Edwards § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Daryn Edwards, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Federal Public Defender**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on November 22, 2025.

Dena Palermo
Dena Hanovice Palermo
United States Magistrate Judge