UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:25−cr−00614 |
| | § | |
| Daryn Edwards | § | |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ORDERED that:

1. MOTIONS will be filed by — December 11, 2025

2. RESPONSES will be filed by — December 22, 2025

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — January 12, 2026

4. PRETRIAL CONFERENCE is set for 515 Rusk, Courtroom 11A, 11th Floor, Houston, Texas — January 12, 2026 at 10:00 AM

5. JURY TRIAL set for — January 26, 2026 at 01:30 PM

6. Speedy trial limits waived? (yes/no)

7. Estimated Trial Time:

Direct questions about this schedule to Cynthia Horace, Case Manager to U.S. District Judge Kenneth M. Hoyt, at Cynthia_Horace@txs.uscourts.gov, 713-250-5515.

SIGNED on November 21, 2025, at Houston, Texas.

Dena Hanovice Palermo
United States Magistrate Judge