IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.   Cr. No. 4:25cr614

**DARYN EDWARDS**

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Daryn Edwards, through his attorney, the Federal Public Defender, moves this Court for a 90-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Mr. Edwards is charged with two counts of sexual exploitation of children; two counts of coercion and enticement; and possession of child pornography. The pretrial motions deadline is December 11, 2025, the pretrial conference is set for January 12, 2026, and the jury selection and trial date is set for January 26, 2026.

The government made discovery in this case available on December 12, 2025. As such, additional time is needed to review the evidence in this case, conduct factual and legal investigation, and consult with Mr. Edwards. Moreover, undersigned counsel is scheduled for a jury trial before Judge Eskridge the week of January 12, 2026.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

                Respectfully submitted,

                PHILIP G. GALLAGHER
                Federal Public Defender
                Southern District of Texas No. 566458
                New Jersey State Bar No. 2320341

                By */s/ Rachael Melby*
                RACHAEL P. MELBY
                Assistant Federal Public Defender
                Attorney in Charge
                NH State Bar ID No. 273704
                Southern District of Texas No. 3875441
                Attorneys for Defendant
                440 Louisiana, Suite 1350
                Houston, Texas   77002-1056
                Telephone:    713.718.4600

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Lauren Valenti and determined that the United States is unopposed to this motion for continuance.

By /s/ Rachael Melby
RACHAEL P. MELBY

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Lauren Valenti.

By /s/ Rachael Melby
RACHAEL P. MELBY