IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. 4:25cr614

DARYN EDWARDS

**O R D E R**

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Daryn Edwards, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, _____, 2025, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by _____, 2026.

Responses shall be filed by _____, 2026.

A pretrial conference is set for _____, 2026, at _____ am / pm.

Trial in this case is set for _____, 2026, at _____ am / pm.

SIGNED at Houston, Texas, on the _____ day of _____, 2025.

_____
Honorable Kenneth Hoyt
United States District Judge