UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:25-CR-614 |
| | § | |
| DARYN EDWARDS | § | |

## UNOPPOSED MOTION TO TRANSFER

Counsel for the United States of America, Assistant United States Attorney Lauren M. Valenti, files this unopposed motion to transfer the above-entitled cause from the Southern District of Texas Houston Division to the Galveston Division for the reasons set forth below.

I.

On or about November 18, 2025, Defendant Daryn Edwards was indicted in this cause with two counts of sexual exploitation of children, two counts of coercion and enticement, and one count of possession of child pornography in violation of 18 U.S.C. §§ 2251, 2422 & 2252A. The case is currently pending before Judge Kenneth M. Hoyt in the Houston Division. On or about November 21, 2025 a scheduling order was entered with a jury trial date of January 26, 2025. Doc. # 12. On or about December 15, 2025, an unopposed motion to continue was filed by the Defendant. Doc. #15.

II.

The offenses in this case occurred in League City, Texas, which is within the Galveston Division of the Southern District of Texas.

At the time of indictment, "Houston Division" was mistakenly contained within the heading of the charging instrument. Additionally, all of the witnesses in this case, both law enforcement and lay witnesses, are located within the Galveston Division. Pursuant to Local Rule 18 D, the United States is requesting that this case be transferred to the Galveston Division as it was mistaken filed in the Houston Division and for the convenience of the witnesses.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        United States Attorney

        */s/ Lauren M. Valenti*
        Lauren M. Valenti
        Assistant United States Attorney
        Southern District of Texas
        1000 Louisiana Street, Ste 2300
        Houston, Texas 77002
        Lauren.Valenti@usdoj.gov
        713-597-0997

**Certificate of Conference**

I, Lauren M. Valenti, certify that the foregoing Unopposed Motion to Transfer was discussed with and provided to Rachael Melby, counsel for Defendant Daryn Edwards, and counsel for the defendant is unopposed.

*Lauren M. Valenti*
Lauren M. Valenti
Assistant United States Attorney

**Certificate of Service**

I, Lauren M. Valenti, certify that a copy of the foregoing Unopposed Motion to Transfer was served upon counsel for the Defendant via email on December 22, 2025.

*Lauren M. Valenti*
Lauren Valenti
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:25-CR-614 |
| | § | |
| DARYN EDWARDS | § | |

### ORDER ON UNOPPOSED MOTION TO TRANSFER

The Court has considered the United States' Unopposed Motion to Transfer in the above-entitled matter. For the reasons stated in the motion, the motion is GRANTED.

IT IS THEREFORE ORDERED that the current scheduling order is CANCELLED and upon transfer to the Galveston Division, the Court will issue a new Scheduling Order containing new dates, taking into consideration the Unopposed Motion to Continue previously filed by the Defendant.

Signed at Houston, Texas on this ____ day of _____, 2025.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE