United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:25-CR-00614 |
| § | |
| DARYN EDWARDS § | |

### ORDER GRANTING UNOPPOSED MOTION TO TRANSFER

The Court has considered the United States' unopposed motion to transfer in the above-entitled matter (Dkt. No. 16). For the reasons stated in the motion, the motion is **GRANTED**.

It is, therefore, **ORDERED** that the current scheduling order is **CANCELLED** and upon transfer to the Galveston Division, the Court will issue a new Scheduling Order containing new dates, taking into consideration the unopposed motion to continue previously filed by the defendant.

It is so **ORDERED**.

SIGNED on December 29, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge