UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | Case No. 4:18-cr-660 |
| **DARYN EDWARDS** | § § | |

## AGREED MOTION FOR SCHEDULING ORDER

The United States of America, by and through Nicholas J. Ganjei, United States Attorney, Lauren M. Valenti, Assistant United States Attorney for the Southern District of Texas, files this Agreed Motion for Scheduling Order, as follows:

**I.**

Defendant Daryn Edwards was indicted on November 18, 2025 on two counts of sexual exploitation, two counts of coercion and enticement, and one count of possession of child pornography, all in violation of Title 18, U.S.C. Sections 2251, 2422, and 2252A. (Doc. #1).

**II.**

The above-entitled cause was mistakenly filed in the Houston Division of the Southern District of Texas when the offense occurred, and all of the witnesses reside within the Galveston Division. An unopposed motion to transfer was filed and subsequently granted on December 29, 2025. (Doc. # 16 & 17).

## III.

Since the transfer of the above-entitled case, there is no scheduling order in place. As the Government and counsel for Defendant continue to discuss and review the evidence in this case, the entry of an initial scheduling order, subject to continuances if needed, is respectfully requested with a trial date in May or June of 2026, as the Court's schedule permits.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*Lauren M. Valenti*
Lauren M. Valenti
Assistant U.S. Attorney
713-597-0997

**CERTIFICATE OF CONFERENCE**

I hereby certify that the foregoing Agreed Motion for Scheduling Order was provided to and discussed with attorney for the Defendant, Rachael Melby, on February 18, 2026 and defense counsel is in agreement with the foregoing motion.

*Lauren M. Valenti*
Lauren M. Valenti
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Agreed Motion for Scheduling Order was emailed to the Defendant's attorney, Rachael Melby, on February 18, 2026.

*Lauren M. Valenti*
Lauren M. Valenti
Assistant United States Attorney