**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Case No. 4:25-cr-614** |
| | § | |
| **DARYN EDWARDS** | § | |

## AGREED MOTION FOR SCHEDULING ORDER

The United States of America, by and through Nicholas J. Ganjei, United States Attorney, Lauren M. Valenti, Assistant United States Attorney for the Southern District of Texas, files this Agreed Motion for Scheduling Order, as follows:

### I.

Defendant Daryn Edwards was indicted on November 18, 2025 on two counts of sexual exploitation, two counts of coercion and enticement, and one count of possession of child pornography, all in violation of Title 18, U.S.C. Sections 2251, 2422, and 2252A. (Doc. #1).

### II.

The above-entitled cause was mistakenly filed in the Houston Division of the Southern District of Texas when the offense occurred, and all of the witnesses reside within the Galveston Division. An unopposed motion to transfer was filed and subsequently granted on December 29, 2025. (Doc. # 16 & 17).

**III.**

Since the transfer of the above-entitled case, there is no scheduling order in place. As the Government and counsel for Defendant continue to discuss and review the evidence in this case, the entry of a scheduling order is respectfully requested with a trial date on Monday, June 8th, 2026.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

_Lauren M. Valenti_
Lauren M. Valenti
Assistant U.S. Attorney
713-597-0997

**CERTIFICATE OF CONFERENCE**

I hereby certify that the foregoing Agreed Motion for Scheduling Order was provided to and discussed with attorney for the Defendant, Rachael Melby, on February 18, 2026 and February 26, 2026 and defense counsel is in agreement with the foregoing motion and proposed order.

*Lauren M. Valenti*
Lauren M. Valenti
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Agreed Motion for Scheduling Order and Proposed Order was emailed to the Defendant's attorney, Rachael Melby, on February 18, 2026 and February 26, 2026.

*Lauren M. Valenti*
Lauren M. Valenti
Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Case No. 4:25-cr-614** |
| | § | |
| **DARYN EDWARDS** | § | |

## ORDER

Upon consideration of the foregoing Agreed Motion for Scheduling Order, it is hereby **GRANTED**, and the following scheduling order is **HEREBY ORDERED**:

1. Motions will be filed by:        **Monday, May 4, 2026**

2. Responses will be filed by:      **Monday, May 18, 2026**

3. Pre-trial conference is set for:  **Thursday, May 21, 2026 at 10:30am**

4. Jury trial is set for:           **Monday, June 8, 2026 at 9:00am**

Signed on the _____ day of February, 2026, at Galveston, Texas.

_____
Honorable Jeffery V. Brown
United States District Court Judge

4