United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | 4:25-cr-614 |
| | § | |
| DARYN EDWARDS, | § | |
| | § | |
| | § | |
| | § | |

## <u>SCHEDULING ORDER</u>

Before the court is the parties' agreed motion for scheduling order. Dkt. 19.

The court grants the motion.

This case will be controlled by the following schedule:

## <u>DEADLINES</u>

| | |
|---|---|
| May 4, 2026 | All motions will be filed no later than this date. <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.</u> |
| May 18, 2026 | Response to motions will be filed no later than this date. |
| May 21, 2026 at 10:30am | Pretrial Conference before Judge Jeffrey V. Brown. United States Courthouse, 601 Rosenberg, Sixth Floor Courtroom, Galveston, Texas. <u>DEFENDANT MUST BE PRESENT</u>. |
| June 8, 2026 at 9:00am | This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and to the court's chambers |

1

a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

The court will not consider any papers filed within seven days of any conference, hearing, or sentencing unless counsel delivers copies of such papers to chambers the day they are filed.

Direct questions regarding this schedule to George Cardenas, Case Manager, U.S. District Clerk's Office, 601 Rosenberg, Room 613, Galveston, Texas 77550, 409-766-7811.

Signed on Galveston Island on this 27th day of February, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE