United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | 4:25-cr-614 |
| | § | |
| DARYN EDWARDS, | § | |
| | § | |
| | § | |
| | § | |

**SCHEDULING ORDER**

Before the court is the defendant's unopposed motion for continuance. Dkt. 21. Based on the representations made in the motion, the court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendant, to a speedy trial. The court also finds that pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The motion is therefore granted. It is hereby ordered that a period of excludable delay shall commence on May 15, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

This case will be controlled by the following amended schedule:

1/2

| | |
|---|---|
| August 3, 2026 | All motions will be filed no later than this date. <u>All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion</u>. |
| August 17, 2026 | Response to motions will be filed no later than this date. |
| August 20, 2026 at 10:30am | Pretrial Conference before Judge Jeffrey V. Brown. United States Courthouse, 601 Rosenberg, Sixth Floor Courtroom, Galveston, Texas. <u>DEFENDANT MUST BE PRESENT</u>. |
| September 8, 2026 at 9:00am | This case is set for jury trial on this date and time. No later than one business day before this date each counsel will file and deliver to opposing counsel and to the court's chambers a proposed charge to the Jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list. |

Signed on Galveston Island on this 15th day of May, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE